JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DWAYNE SCOTT, JR., ) | Case No. EDCV 19-2090-JFW (JPR) |
| Plaintiff, ) | |
| v. ) | **J U D G M E N T** |
| YASSMIN GARMIN, Acting ) Pennsylvania Department of ) Transportation Director, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 18, 2020

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE